Int. Cls.: 8, 12, 18, 25 and 28

Prior U.S. Cls.: 1, 2, 3, 19, 21, 22, 23, 28, 31, 35, 38, 39, 41, 44 and 50

Reg. No. 2,258,778

## United States Patent and Trademark Office

Registered July 6, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## CANNONDALE

CANNONDALE CORPORATION (DELAWARE CORPORATION)
9 BROOKSIDE PLACE
GEORGETOWN, CT 068290122

FOR: HAND TOOLS FOR BICYCLE MAINTE-NANCE AND REPAIR, NAMELY, SCREW-DRIVERS, WRENCHES AND MULTICOMPON-ENT POCKET TOOLS COMPRISING ALLEN KEYS AND SCREW DRIVERS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 1–0–1988; IN COMMERCE 1–0–1988.

FOR: BICYCLE WATER CAGES AND WATER BOTTLES SOLD THEREWITH, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 12–0–1975; IN COMMERCE 12–0–1975.

FOR: CARRIER PACKS, NAMELY, BACK-PACKS, COURIER BAGS, WAISTPACKS DUFFLE BAGS, AND HYDRATION BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 12–0–1975; IN COMMERCE 12–0–1975.

FOR: CLOTHING—NAMELY, JACKETS, VEST, HATS, SHIRTS, SHORTS, SOCKS, SHOES, AND RAINWEAR, ALL DESIGNED FOR BICYCLING, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1–0–1976; IN COMMERCE 1–0–1976.

FOR: BICYCLE GLOVES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1–0–1982; IN COMMERCE 1–0–1982.

OWNER OF U.S. REG. NOS. 1,181,139, 1,680,244, AND 2,007,769.

SER. NO. 75–375,771, FILED 10–20–1997.

ANITA ODONOVICH, EXAMINING ATTOR-NEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

## United States Patent and Trademark Office

Reg. No. 2,531,404

Registered Jan. 22, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## CANNONDALE

CANNONDALE CORPORATION (DELAWARE CORPORATION)
9 BROOKSIDE PLACE
GEORGETOWN, CT 068290122

FOR: BICYCLES, BICYCLE COMPONENTS NAMELY, BRAKES, CRANKSETS, PEDALS, FRAMES, HUBS, SADDLES, SEATPOSTS, STEMS, BAR ENDS, WHEELS, FORKS AND SHOCK AB-SORBERS, AND CARRIER PACKS FOR ATTACH-MENT TO BICYCLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 12-0-1975; IN COMMERCE 12-0-1975.

OWNER OF U.S. REG. NOS. 1,181,139, 1,680,244, AND 2,007,769.

SER. NO. 75-980,639, FILED 10-20-1997.

CATHERINE CAIN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,904,530**

**Registered Jan. 11, 2011**

CYCLING SPORTS GROUP, INC. (DELAWARE CORPORATION)
16 TROWBRIDGE DRIVE
BETHEL, CT 06801

**Int. Cl.: 25**

FOR: CLOTHING, NAMELY, HATS ALL DESIGNED FOR BICYCLING, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**

FIRST USE 8-15-2010; IN COMMERCE 8-15-2010.

**PRINCIPAL REGISTER**

OWNER OF U.S. REG. NOS. 1,032,202, 2,531,404, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "USA", APART FROM THE MARK AS SHOWN.

SN 76-674,105, FILED 3-15-2007.

WILLIAM VERHOSEK, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# CANNONDALE

**Reg. No. 4,316,187**

**Registered Apr. 9, 2013**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

CYCLING SPORTS GROUP, INC. (DELAWARE CORPORATION)
16 TROWBRIDGE DRIVE
BETHEL, CT 06801

FOR: HELMETS FOR BICYCLES; REFLECTIVE AND ILLUMINATED CLOTHING FOR SAFETY PURPOSES; SPORTS GOGGLES FOR USE IN BICYCLING; SPORTS EYEWEAR; DUST PROTECTIVE GOGGLES AND MASKS; SUNGLASSES AND ODOMETERS, SPEEDOMETERS AND TACHOMETERS FOR BICYCLES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-23-2011; IN COMMERCE 8-23-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,032,202, 2,531,404 AND OTHERS.

SER. NO. 85-670,432, FILED 7-6-2012.

TINA MAI, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# CANNONDALE

**Reg. No. 4,576,919**  CYCLING SPORTS GROUP, INC. (DELAWARE CORPORATION)
16 TROWBRIDGE DRIVE
**Registered July 29, 2014** BETHEL, CT 06801

**Int. Cl.: 35**  FOR: RETAIL STORE SERVICES FEATURING BICYCLES AND BICYCLING-RELATED
ACCESSORIES AND CLOTHING, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK**  FIRST USE 6-14-2013; IN COMMERCE 6-14-2013.

**PRINCIPAL REGISTER**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-904,703, FILED 4-15-2013.

JANICE KIM, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States
Patent and Trademark Office**