# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| Cycling Sports Group, Inc. ) | |
| ) | Case No. 19-cv-5471 |
| ) | |
| v. ) | Judge: Hon. Steven C. Seeger |
| ) | |
| THE PARTNERSHIPS and ) | Magistrate: Hon. Young B. Kim |
| UNINCORPORATED PARTNERSHIPS ) | |
| IDENTIFIED ON SCHEDULE "A," ) | |
| ) | |
| ) | |

## PLAINTIFF'S MOTION FOR ENTRY OF PRELIMINARY INJUNCTION

Plaintiff Cycling Sports Group, Inc., seeks entry of Preliminary Injunction. The scope of Plaintiff's proposed Preliminary Injunction Order is materially indistinguishable from the Temporary Restraining Order entered on August 27, 2019. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 19th Day of September, 2019.              Respectfully submitted,


By:     s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the September 19, 2019, the PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION was filed with the CM/ECF system. The Defendant's will also be provided notice on September 19, 2019, via e-mail to the e-mail addresses of the Does who are listed on the Certificate of Services filed with the Court.

By:    s/David Gulbransen/
David Gulbransen
Attorney of Record
Counsel for Plaintiff

David Gulbransen (#6296646)
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com