IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cycling Sports Group, Inc. | ) | |
| | ) | Case No. 19-cv-5471 |
| v. | ) | |
| | ) | Judge: Hon. Jorge L. Alonso |
| THE PARTNERSHIPS and | ) | |
| IDENTIFIED ON SCHEDULE "A," | ) | Magistrate: Hon. Young B. Kim |

**TEMPORARY RESTRAINING ORDER EXTENTION**

Plaintiff appeared before Emergency Judge Jorge L. Alonso, presenting PLAINTIFF'S EX PARTE EMERGENCY MOTION FOR EXTENSION OF A TEMPORARY RESTRAINING ORDER. Due to the circumstances described in the Plaintiff's motion, the requested extension is hereby granted.

The Temporary Restraining Order granted on August 27, 2019 [Docket #16,17] and extended on September 9, 2019 [Docket #18] by Judge Kocoras is hereby and shall remain in effect until Monday, October 7, 2019 at 9:30A.M.

Plaintiff shall provide notice of this extension to the Defendants in accordance with the terms of the original TRO.

Date: 9/23/2019

_____
Jorge L. Alonso
United States District Judge