# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
## Eastern Division

Cycling Sports Group, Inc

                        Plaintiff,

v.                                                     Case No.: 1:19−cv−05471
                                                         Honorable Steven C. Seeger

Partnerships and Unincorporated Associations

                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 4, 2019:

      MINUTE entry before the Honorable Steven C. Seeger: Telephone motion hearing held on Friday, October 4, 2019. Plaintiff's Motion for Entry of Preliminary Injunction (Dckt. No. [21]) is entered and continued for a telephonic hearing on Monday, October 7, 2019 at 9:00 AM. By the end of the day, October 4, 2019, Plaintiff shall serve notice of the Monday, October 7, 2019 telephonic hearing to all Defendants by email. By 5:00 PM on Saturday, October 5, 2019, Plaintiff shall submit to the Court's proposed order email address a revised version of Plaintiff's proposed Preliminary Injunction Order, along with a certificate of service that Plaintiff served the same to all Defendants by email. Plaintiff is also directed to file a document by 5:00 PM on Saturday, October 5, 2019, describing any meaningful differences between Plaintiff's proposed Preliminary Injunction Order and prior preliminary injunction orders entered by the United States District Court for the Northern District of Illinois. The document should also bear a certificate of service that Plaintiff served the same to all Defendants by email. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.