**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Cycling Sports Group, Inc., | ) | |
| | ) | |
| plaintiff, | ) | Case No. 19-cv-5471 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED PARTNERSHIPS | ) | |
| IDENTIFIED ON SCHEDULE "A," | ) | |
| | ) | |
| defendants. | ) | |
| | ) | |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff, Cycling Sports Group, Inc. ("Plaintiff")

against the defendants operating the websites/webstores identified on Schedule "A" to Plaintiff's

Complaint (collectively, the "Infringing Webstores"), and Plaintiff having moved for entry of

Default and Default Judgment against the defendants not already dismissed, as identified in the

attached Appendix "A" (collectively, the "Defaulting Defendants");

This Court having entered, upon a showing by Plaintiff, a temporary restraining order and

preliminary injunction against Defaulting Defendants;

Plaintiff having properly completed service of process on Defaulting Defendants,

providing notice via e-mail, along with any notice that Defaulting Defendants received from the

e-commerce platforms, hosts, and payment processors, being notice reasonably calculated under

all circumstances to apprise Defaulting Defendants of the pendency of the action and affording

them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise

plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Infringing Websites through which Illinois residents can purchase products bearing counterfeit versions of the CANNONDALE family of marks (U.S. Registration Nos. 2258778, 2531404, 3904530, 4576919, and 4316187.

The registration is valid, unrevoked, and uncancelled. Defendants use the mark and display images protected by trademark and copyright on the infringing websites without Plaintiff's permission or consent.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as provided in this Final Judgment Order, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that

1.      Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of Two Million Dollars (U.S.) and No Cents ($2,000,000.00) for the willful use of counterfeit CANNONDALE Trademarks on products sold through at least the Infringing webstores/websites.

2

2.    Plaintiff may execute this judgment in a manner consistent with the Federal Rules of Civil Procedure.


**IT IS SO ORDERED.**

Date:   February 6, 2020

_____

Steven C. Seeger
United States District Judge

## Appendix A

| Doe # | Seller Name | Seller ID |
|---|---|---|
| 1 | peloman | 57e4ab6f93459701633b6d36 |
| 2 | peilongman | 59bf405e50df6166f129fe3e |
| 3 | prisonbreak | 585cb319c4b6ef51ce7b34fb |
| 4 | guguchan | 594501dfee510c3caeb999c6 |
| 5 | rsrzrcj8023 | 58328c8b0299bc4f7a9113e9 |
| 6 | youdiantian | 57b6c449042d5152edc303bb |
| 8 | boshitun | 5a621edb1e7f7505b5dac60e |
| 9 | lavenderhai | 5aaff4d32c49562ff4f4b3f0 |
| 10 | sabakugaara | 58e0b22a1c7bce355b0e26ec |
| 11 | smallyuejia | 593217737fe24165447cfea9 |
| 12 | verypurchase | 57b15303c676b3573ba2c612 |
| 13 | sunhua88 | 5a9fcd7908a2243274137a07 |
| 14 | berebirth | 5abda4a942159558d837008d |
| 15 | chenchao9089063 | 5abe651181260b1ed8713697 |
| 16 | mbhokvcfashionstore | 541c420182b9ac28c0504b6d |
| 17 | wxiaohongseller | 59d4f53ab77173033d8371e7 |
| 18 | junxiashop | 53fa93d6104dae5b32620e59 |
| 19 | huiyaojiaju | 5ae90ffd71bceb1f98711a0f |
| 20 | duhretstore | 541c6c537541ce7745294b15 |
| 21 | wujava | 5a311b07da6ce626eb533e94 |
| 22 | zhangguoxiong999 | 5aa1353b7c27687f547e100f |
| 23 | wangwen588 | 5aa0ae59c989496cd6b7d0b6 |
| 24 | chenzhixiong18096 | 5abfb8189722332d793de153 |
| 25 | tongyuantong | 5aebeb422cb7016c74e5754a |
| 26 | abuboo | 5b4ea253b847722312f321b2 |
| 27 | huslkongqi | 5ab0d4e6417cee4a85790fa7 |
| 28 | asyanguo9880560 | 5aa277cebeed123794b20088 |
| 29 | qiulingfashion | 540ffdc07a9eb4252af19f05 |
| 31 | changdufashion | 540d0a65c5c246307019e46f |
| 32 | xulaifashion | 540c0e3a1d2d4312997a77f7 |
| 33 | quanminjiayou | 5ae0300f1c256d083d43ed92 |
| 34 | ziqiangzili | 5ae024549d5e971738f91438 |
| 35 | jiangjin123 | 5a1f9a817b584e5d34852e79 |
| 36 | shenghuozililzhenhao | 5adff0c91c256d67e4d9cfaa |
| 37 | tianyafashion | 540bca2a7a9eb4397d921b1e |
| 38 | sarmhraaq | 5add979f15511a08f9bdccd5 |

| 39 | chenhaodong99 | 5adc073a4215955456b747a9 |
| 41 | JAVA GIANT FOURIERS TSUNAMI BIKE Store | 1075412 |
| 46 | velosa Official Store | 2838031 |
| 47 | SBZ Store | 4185009 |
| 48 | lijian05 Store | 4666055 |
| 49 | ASTANA Store | 4805159 |
| 50 | angelol | angelol |
| 51 | jsd-xm | jsd-xm |
| 52 | dmagbearing | dmagbearing |
| 53 | dikesen | dikesen |